# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

In re:

    Imran Mohammad Shah                    Chapter 13
                                                         Case No. 18-10117-cgm

                        Debtor(s)

-------------------------------------------------x

## ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. § 521(i)(1)

The Debtor having failed to file bankruptcy schedules required by 11 U.S.C. § 521(a)(1) within 45 days of the petition date in this case, it is hereby

ORDERED, that this case is dismissed pursuant to 11 U.S.C. § 521(i)(1).



                                                                 /s/ Cecelia G. Morris

**Dated: April 16, 2018**                                          _____
     **Poughkeepsie, New York**                         **Hon. Cecelia G. Morris**
                                                                    **Chief U.S. Bankruptcy Judge**