# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Imran Mohammad Shah  　　　　　　　　CASE NO.: 18–10117–cgm
 aka   Ron
 aka   Diversity Homes Inc.

Social Security/Taxpayer ID/Employer ID/Other Nos.:　　CHAPTER: 13
xxx–xx–3279   81–1096721

---

## ORDER DISCHARGING TRUSTEE

The petition of the above named debtor has been dismissed and the chapter 13 trustee has submitted the final report.

IT IS ORDERED THAT:

Krista M. Preuss is discharged as trustee of the estate of the above named debtor(s) and this chapter 13 case is closed.

Dated: April 25, 2018　　　　　　　　　　　　　　　　　　　　Cecelia G. Morris, Bankruptcy Judge